UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON


SUSAN BOLEY,

        Plaintiff,


v.                                      Civil Action No. 2:13-cv-14404


JAMES PRINCE, individually and in
his official capacity as a staff member
of The West Virginia Regional Jail and
Correctional Facility Authority,
CHIEF CORRECTIONAL OFFICER LT. LARRY BUNTING,
individually and in his official capacity,
THE WEST VIRGINIA REGIONAL JAIL AND
CORRECTIONAL FACILITY AUTHORITY
an agency of the State of West Virginia, and
JOHN DOE, unknown person or persons,

        Defendants.



MEMORANDUM OPINION AND ORDER


        Pending is defendant John Doe's motion to dismiss,

filed November 8, 2013.[1]

        Discovery has been underway in this action since

August 2013.  The deadline to amend pleadings expired on

---

        [1] While the John Doe defendant(s) have not appeared, counsel
M. Andrew Brison has moved on their behalf for dismissal.  In
the interests of expedience, and lacking any objection from
plaintiff's counsel, Mr. Brison is deemed authorized to appear
specially in order to seek dismissal of the John Doe defendants.

September 20, 2013.  The John Doe defendant(s) have neither been
identified nor served with a summons.

Based upon these considerations, and that the
plaintiff has not opposed the relief requested, it is ORDERED
that the motion to dismiss be, and hereby is, granted.  It is
further ORDERED that the John Doe defendant(s) be, and hereby
are, dismissed from this action.

The Clerk is directed to forward copies of this order
to all counsel of record and any unrepresented parties.

DATED: December 4, 2013

_____
John T. Copenhaver, Jr.
United States District Judge

2